JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOSEPH SCOTT ALTER,

Plaintiff,

v.

U.S. SUPREME COURT, et al.,

Defendants.

Case No. 2:23-cv-05579-ODW-PD

**JUDGMENT**

Pursuant to the Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) filed by Plaintiff Joseph Scott Alter,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: December 18, 2023

HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE